**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | |
|---|---|
| **FEDERICO TORRES, Individually and as representative and ANF of R.T., Deceased Minor; ARNULFO REYES; PATRICIA ALBARADO; MONICA ARRIOLA, Individually and ANF of J.T., Minor; ERICA BARRERA, Individually and ANF of D.R., Minor; MICHAEL BROWN, Individually and ANF of V.B.; JENNIFER DAVIS, Individually and ANF of Z.D., Minor; JENNIFER GAITAN, Individually, And ANF of J.N., Minor; ANGELI ROSE GOMEZ, Individually and ANF G.B. & A.G., Minors; LUZ HERNANDEZ, Individually and ANF of N.J., Minor; CARLA ROSE KING; TIFFANY LUNA, Individually and ANF of A.P., Minor; TAMICA MARTINEZ, Individually and ANF of R.D., Minor; TIFFANY MASSEY; YOLANDA MORALES, Individually and as ANF of Z.G., Minor; MARK MORENO and ROSEMARY MORENO, Individually and ANF of N.M., Minor; NICOLE FAYE OGBURN; MARY ANN REYES, Individually and ANF of A.S. & A.S., Minors; BIANCA RIVERA, Individually, AND ANF of G.R., Minor; SAMANTHA RODRIGUEZ, Individually and ANF of M.J., Minor; JULIO/PRISCILLA RUBIO, Individually and ANF of M.R., Minor; BRIANA RUIZ, Individually and ANF D.G., Minor; CHRISTIAN and BRENDA SONORA, Individually and ANF V.S.; DAVID TREVINO, Individually and as ANF of A.T., I.T. & D.T., Minors; KRYSTAL UPTON, Individually and ANF of J.T. and B.T., Minors; ESMERALDA VELASQUEZ, Individually and ANF of C.V., Minor; SOFIA ZAPATA, Individually and ANF of M.S., Minor; and JANE DOE, Individually** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| *Plaintiffs,* | §<br>§<br>§ |

v.                                                      §          **C.A. No. 2:23-cv-00032**
                                                        §
**CITY OF UVALDE; UVALDE**                              §
**CONSOLIDATED INDEPENDENT**                            §
**SCHOOL      DISTRICT;    MANDY**                      §
**GUTIERREZ;    UVALDE    COUNTY;**                     §
**UVALDE              CONSOLIDATED**                    §
**INDEPENDENT    SCHOOL    DISTRICT**                   §
**POLICE   DEPARTMENT   ("UCISD-PD")**                  §
**CHIEF PEDRO 'PETE' ARREDONDO;**                       §
**UCISD-PD      OFFICER    ADRIAN**                     §
**GONZALEZ;    UCISD-PD    RESERVE**                    §
**OFFICER AND UCISD SCHOOL BOARD**                      §
**MEMBER    JESUS   "J.J."   SUAREZ;**                  §
**UVALDE    POLICE    DEPARTMENT**                      §
**("UPD")     SERGEANT    EDUARDO**                     §
**CANALES;   UPD   LIEUTENANT  AND**                    §
**ACTING CHIEF**                                        §
**MARIANO PARGAS; UPD LIEUTENANT**                      §
**JAVIER MARTINEZ; UPD SERGEANT**                       §
**DANIEL CORONADO; UPD OFFICER**                        §
**LOUIS    LANDRY;   UPD    OFFICER**                   §
**DONALD**                                              §
**PAGE;    UPD    OFFICER    JUSTIN**                   §
**MENDOZA;    UVALDE    COUNTY**                         §
**CONSTABLE EMMANUEL ZAMORA;**                          §
**UVALDE    COUNTY    CONSTABLE**                        §
**JOHNNY FIELD; TEXAS DEPARTMENT**                      §
**OF PUBLIC SAFETY ("TDPS"); TDPS**                     §
**CAPTAINJOEL BETANCOURT; TDPS**                        §
**SERGEANT JUAN MALDONADO; TDPS**                       §
**RANGER    CHRISTOPHER   KINDELL;**                    §
**TDPS TROOPER CRIMSON ELIZONDO;**                      §
**UVALDE    FIRE    MARSHALJUAN**                        §
**HERNANDEZ; and DOES 1-123,**                          §
                                                        §
        *Defendants.*                                   §

## <u>NOTICE OF APPEARANCE AND MOTION TO SUBSTITUTE COUNSEL</u>

COMES NOW, Plaintiffs, Arnulfo Reyes, Federico Torres, Individually and ANF

of R.T., Priscilla Rubio, Individually and ANF of M.R., BRIANA RUIZ, Individually and

ANF D.G. and Samantha Rodriguez, Individually and ANF of M.J., and files this

Plaintiffs' Motion to Substitute Counsel, and in support thereof, would respectfully show

the court as follows:

1.     David M. Anderson of Carrigan & Anderson, PLLC, has been retained to assume the legal representation on behalf of the aforementioned Plaintiffs in connection with this suit.

2.     Plaintiffs request this honorable court allow the withdrawal of Mark A. DiCarlo of Mark A. DiCarlo, PLLC, and Justin L. Williams of Williams Attorneys PLLC., as attorneys-in-charge for said Plaintiffs.

3.      This Motion is not brought for the purpose of delay.

4.     BASED ON THE FOREGOING, Plaintiffs respectfully request that this Motion be granted, and that David M. Anderson be allowed to substitute in as attorney of record for Plaintiffs, and that Mark A. DiCarlo of Mark A. DiCarlo, PLLC, and Justin L. Williams of Williams Attorneys PLLC, be removed as attorneys of record.

5.     David M. Anderson, an attorney licensed to practice law in the State of Texas and in the United States District Court for the Western District of Texas, and hereby gives notice to this Honorable Court and to all other parties and attorneys of record in the above-styled and numbered cause, that he is an authorized attorney of record for Plaintiffs Arnulfo Reyes, Federico Torres, Individually and ANF of R.T., Priscilla Rubio, Individually and ANF of M.R., BRIANA RUIZ, Individually and ANF D.G. and Samantha Rodriguez, Individually and ANF of M.J., and that he intends to participate in all future proceedings in this case.

Dated:  August 28, 2023.

Respectfully submitted,

**CARRIGAN & ANDERSON, P.L.L.C.**

/s/ *David M. Anderson*
**David M. Anderson**
State Bar No. 24064815
Federal I.D. 985644
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas 78401
361-884-4433 – Telephone
361-884-4434 – Facsimile
**danderson@ccatriallaw.com**

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**Certificate of Conference**

I certify that prior counsel (Mark DiCarlo and Justin Willimas) have not responded despite multiple requests.  Defense counsel for Uvalde Police Defendants is Unopposed to the motion for substitution.

/s/David M. Anderson
David M. Anderson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2023, a true and correct copy of the foregoing was served on all counsel of record *via* the CM/ECF system in accordance with the Federal Rules of Civil Procedure.

/s/ *David M. Anderson*
David M. Anderson