# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **FEDERICO TORRES, Individually and as representative and ANF of R.T., Deceased Minor; et al.,** <br><br> *Plaintiffs,* <br><br> V. <br><br> **CITY OF UVALDE, et al.,** <br><br> *Defendants.* | Case No. 2:23-cv-00032 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

The Court is in receipt of Plaintiff's Motion of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(2). The Court ORDERS that Plaintiffs' Motion is GRANTED.

SIGNED and ENTERED this _____ day of August 2023.

_____
Chief U.S. District Judge Alia Moses

8