UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

SEP 20 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| FEDERICO TORRES, Individually and as representative and ANF of R.T., Deceased Minor; ARNULFO REYES; PATRICIA ALBARADO; MONICA ARRIOLA, Individually and ANF of J.T., Minor; ERICA BARRERA, Individually and ANF of D.R., Minor; MICHAEL BROWN, Individually and ANF of V.B.; JENNIFER DAVIS, Individually and ANF of Z.D., Minor; JENNIFER GAITAN, Individually, And ANF of J.N., Minor; ANGELI ROSE GOMEZ, Individually and ANF G.B. & A.G., Minors; LUZ HERNANDEZ, Individually and ANF of N.J., Minor; CARLA ROSE KING; TIFFANY LUNA, Individually and ANF of A.P., Minor; TAMICA MARTINEZ, Individually and ANF of R.D., Minor; TIFFANY MASSEY; YOLANDA MORALES, Individually and as ANF of Z.G., Minor; MARK MORENO and ROSEMARY MORENO, Individually and ANF of N.M., Minor; NICOLE FAYE OGBURN; MARY ANN REYES, Individually and ANF of A.S. & A.S., Minors; BIANCA RIVERA, Individually, AND ANF of G.R., Minor; SAMANTHA RODRIGUEZ, Individually and ANF of M.J., Minor; JULIO/PRISCILLA RUBIO, Individually and ANF of M.R., Minor; BRIANA RUIZ, Individually and ANF D.G., Minor; CHRISTIAN and BRENDA SONORA, Individually and ANF V.S.; DAVID TREVINO, Individually and as ANF of A.T., I.T. & D.T., Minors; KRYSTAL UPTON, Individually and ANF of J.T. and B.T., Minors; ESMERALDA VELASQUEZ, Individually and ANF of C.V., Minor; SOFIA ZAPATA, Individually and ANF of M.S., Minor; and JANE DOE, Individually<br><br>*Plaintiffs,* | Case No. 2:23-cv-00032 |

1

V.

CITY OF UVALDE; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; MANDY GUTIERREZ; UVALDE COUNTY; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO 'PETE' ARREDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD RESERVE OFFICER AND UCISD SCHOOL BOARD MEMBER JESUS "J.J." SUAREZ; UVALDE POLICE DEPARTMENT ("UPD") SERGEANT EDUARDO CANALES; UPD LIEUTENANT AND ACTING CHIEF MARIANO PARGAS; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA; UVALDE COUNTY CONSTABLE JOHNNY FIELD; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS"); TDPS CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO; TDPS RANGER CHRISTOPHER KINDELL; TDPS TROOPER CRIMSON ELIZONDO; UVALDE FIRE MARSHAL JUAN HERNANDEZ; and DOES 1-123,

Defendants.

[PROPOSED] ORDER GRANTING PLAINTIFFS' AGREED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT UVALDE POLICE OFFICERS MARIANO PARGAS, JAVIER MARTINEZ, EDUARDO CANALES, DANIEL CORNADO, DONALD PAGE, LOUIS LANDRY, AND JUSTIN MENDOZA'S MOTION TO DISMISS

The Court is in receipt of Plaintiffs' Unopposed Motion to Extend Time to Respond to

Defendant Uvalde Police Officers Mariano Pargas, Javier Martinez, Eduardo Canales, Daniel Cornado, Donald Page, Louis Landry, and Justin Mendoza's Motion to Dismiss. For good cause shown, the Motion is GRANTED. The Court ORDERS Plaintiffs to respond to the Motion by ~~September 21, 2023~~ October 27, 2023 /AM/. Further, the Court ORDERS Defendants to file a Reply by ~~September 28, 2023~~ November 3, 2023.

SIGNED and ENTERED this 20th day of ~~August 2023~~ Sept 2023 /AM/

/s/ Alia Moses
Judge Alia Moses
Chief United States District Judge
Western District of Texas